PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Phillip Tabor</u>  Case Number: <u>2:09-00012-02</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>February 24, 2012</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine</u>

Original Sentence: <u>60 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>December 27, 2013</u>

Assistant U.S. Attorney: <u>Brent A. Hannafan</u>  Defense Attorney: <u>Caryll S. Alpert</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this __4__ day of __Nov__, 2014, and made a part of the records in the above case.

_____
Amanda Michele
U.S. Probation Officer

_____
Todd J. Campbell
U.S. District Judge

Place    Nashville

Date    November 3, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** On October 20, 2014, Mr. Tabor tested positive for methamphetamine. When questioned, Mr. Tabor adamantly denied using the illegal drug and stated he wanted to wait for the results from the testing laboratory. His urine sample was mailed to the testing laboratory and confirmed positive on October 26, 2014. |
| | When questioned by the probation officer regarding the positive result from the laboratory, Mr. Tabor admitted to consuming methamphetamine two to three days prior to October 20, 2014. He reported he got the illegal drug from a former co-worker at Shur-Brite Car Wash in Nashville, that he made a "stupid mistake" and it would not happen again. |

**Compliance with Supervision Conditions and Prior Interventions:**
Phillip Tabor was is employed and lives in Nashville, Tennessee. Mr. Tabor began his term of supervised release on December 27, 2013, and his supervision is due to terminate on December 26, 2018.

Following his release from custody in December 2013, the probation officer immediately referred Mr. Tabor to Centerstone Mental Health in Madison, Tennessee, for a substance abuse assessment and no treatment was recommended at that time. Following his positive drug test for methamphetamine, Mr. Tabor was re-instructed to not use any illegal substances and warned of the possible legal and medical ramifications of his actions. His random drug testing was increased and he was referred back to Centerstone Mental Health for outpatient substance abuse treatment. Mr. Tabor is currently participating in weekly outpatient substance abuse treatment, as recommended by his therapist and probation officer.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Tabor remain on supervised release, continue to participate in substance abuse treatment, and not incur any future violations. Assistant U.S. Attorney Brent Hannafan has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer