# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:09-cr-00012-12 |
| ) | Judge Trauger |
| PHILLIP TABOR ) | |

## ORDER

A hearing was held on August 29, 2017 on the Superseding Petition to Revoke Supervision (Docket No. 211). The defendant pled guilty to all four violations in the Superseding Petition, and the court finds them established. It is hereby ORDERED that the defendant's supervised release is REVOKED, and he is sentenced to serve one year and one day in the custody of the Bureau of Prisons, to run concurrently with the state sentence he is presently serving after his conviction for aggravated assault. No additional period of supervised release will follow his period of incarceration.

It is so **ORDERED**.

ENTER this 29th day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge